Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL CONVENTION SERVICES LLC , a New York limited liability company; EVENT DESIGN GROUP, LTD, a New York corporation,<br><br>Defendants. | Case No.: 2:25-cv-02303-JCM-DJA<br><br><br><br><br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, the Board of Trustees of the Teamsters Local 631 Security Fund For Southern Nevada, the Board of Trustees of the Teamsters Convention Industry Training Fund, and the Board of Trustees Teamsters Local 631 Convention Vacation Savings Plan ("Plaintiffs"), by and through its undersigned counsel of record, and Defendant Event Design Group, Ltd. ("Defendant," together

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

1

50764160.2
4902-0124-5079, v. 1

with Plaintiffs, the "Parties"), by and through its counsel of record, hereby stipulate to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 10, filed February 27, 2026) as follows:

1.   Defendant filed its Motion to Dismiss the First Amended Complaint ("Motion") on February 27, 2026. ECF No. 10.

2.   The current deadline for Plaintiff to respond to the Motion is March 13, 2026 ("Response Deadline"). *See* LR 7-2(b) ("[T]he deadline to file and serve any points and authorities in response to [all other motions besides a motion for summary judgment] is 14 days after service of the motion.").

3.   Pursuant to LR IA 6-1, the Parties stipulate to extend the Response Deadline by two weeks: from March 13, 2026 to March 27, 2026 ("Extended Response Deadline").

4.   This is the Parties first stipulation for an extension of time to the briefing schedule on Defendant's Motion, including the Response Deadline.

/ / /

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

2

50764160.2
4902-0124-5079, v. 1

5.      The Parties make this stipulation in good faith and to permit the Parties a short amount of time to explore possible resolution of this matter. The Parties have no intent to delay these proceedings.

IT IS SO STIPULATED:


DATED: March 12, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP


BY:/s/ Christopher M. Humes
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

DATED: March 12, 2026

HOWARD & HOWARD ATTORNEYS PLLC


BY: /s/ Jonathan W. Fountain
L. Christopher Rose, Esq.
Nevada Bar No. 7500
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Pkwy,  Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Event Design Group, LTD*


**IT IS SO ORDERED**:


_____
UNITED STATES DISTRICT JUDGE

DATED: ___March 18, 2026_____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

3

50764160.2
4902-0124-5079, v. 1