L. Christopher Rose, Esq.
Nevada Bar No. 7500
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendant*
*Event Design Group, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN | Case No. 2:25-cv-02303-JCM-DJA **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EVENT DESIGN GROUP, LTD. TO FILE AND SERVE ITS REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT** **(First Request)** |

Plaintifs,

vs.

NATIONAL CONVENTION SERVICES LLC, a New York limited liability company; EVENT DESIGN GROUP, LTD, a New York corporation,

Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b), Plaintiffs Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, Board of Trustees of the Teamsters Convention Industry Training Fund, and Board of Trustees of the Teamsters Local 631 Convention Savings Plan (together, "Plaintiffs") on the one hand, and Defendant Event Design Group, Ltd. ("EDG"), on the other hand, hereby agree and stipulate to extend the time for Defendant to file and serve its reply in further support of Defendant's Motion to Dismiss the First

HOWARD & HOWARD ATTORNEYS PLLC

1

4915-6805-8781, v. 1

Amended Complaint, filed on February 27, 2026 (ECF No. 10) (hereinafter, the "Motion"), and in support of such request, state as follows:

1. As set forth above, Defendant filed the Motion on February 27, 2026.

2. On March 12, 2026, the parties stipulated to extend the time for Plaintiff to file and serve its response to the motion by two weeks, from March 13, 2026, to March 27, 2026. (ECF No. 11.)

3. On March 18, 2026, the Court granted the parties' stipulation. (ECF No. 12.)

4. On March 27, 2026, Plaintiff filed its response to the Motion. (ECF No. 15.)

5. The current deadline for Defendant to file and serve its reply in further support of the Motion is April 3, 2026 (the "Reply Deadline"). *See* LR 7-2(b) ("The deadline to file and serve any reply in support of the motion is seven days after service of the response").

6. For good cause, Defendant has requested, and Plaintiff has agreed, to extend the Reply Deadline by two weeks: from April 3, 2026, to April 17, 2026 (the "Extended Reply Deadline") to accommodate the Easter/Passover holiday and vacation schedules of Defendant and its counsel.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

4915-6805-8781, v. 1

7.     This is Defendant's first request for an extension of time for Defendant to file and serve its reply and is the parties' second overall stipulation for an extension of time to the briefing schedule on the Motion.

8.     This stipulation is made in good faith and not for any improper purpose or for the purpose of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | BROWNSTEIN HYATT FARBER SCHRECK LLP |
| By: /s/ Jonathan W. Fountain<br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>Jonathan W. Fountain<br>Nevada Bar No. 10351<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>Telephone: (702) 257-1483<br>Email: lcr@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Defendant*<br>*Event Design Group Ltd.* | By: /s/ Christopher M. Humes<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89149<br>Telephone: (702) 382-2101<br>Email: bcloveland@bhfs.com<br>Email: chumes@bhfs.com<br>Email: wnobriga@bhfs.com<br><br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _ April 1, 2026 _____

4915-6805-8781, v. 1

HOWARD & HOWARD ATTORNEYS PLLC