Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN,

Plaintiffs,

v.

NATIONAL CONVENTION SERVICES LLC, a New York limited liability company; EVENT DESIGN GROUP, LTD., a New York corporation,

Defendants.

CASE NO.: 2:25-cv-02303-JCM-DJA

**STIPULATION AND ORDER TO STAY CASE**

Plaintiffs, Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, Board of Trustees of the Teamsters Convention Industry Training Fund, and Board of Trustees of the Teamsters Local 631 Convention Vacation Savings Plan (collectively referred to as "Trust Funds"), and Defendant Event Design Group, Ltd. ("EDG"), by and through their respective counsels of record, respectfully request that the Court stay this case for ninety (90) days.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

The parties have agreed on settlement terms to resolve the Trust Funds' claims at issue in the instant litigation against both EDG and Defendant National Convention Services, LLC ("NCS"). The parties are preparing an agreement, with the satisfaction of settlement terms to be completed within sixty (60) days from the effective date of the agreement. In an effort to conserve resources and in the interests of judicial economy, the parties therefore request that the Court stay this action for ninety (90) days to allow time to finalize an agreement and fulfill the obligations under the settlement agreement.

As this Court knows, it has "inherent authority to stay federal proceedings pursuant to its docket management powers." *Ernest Bock, LLC v. Steelman*, 76 F.4th 827, 842 (9th Cir. 2023). This includes the power to stay a proceeding. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254. A court should, however, not entertain stays that "will result in irreparable injury and a miscarriage of justice." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

Here, no injury will occur. The parties have come to terms regarding a resolution of this case and only request the time to fulfill those terms. Without the stay, the parties would be required to complete discovery and file any dispositive motions given the deadlines in the scheduling order. (*See* ECF No. 19.) A stay therefore promotes the just, speedy, and inexpensive determination of this action consistent with Federal Rule of Civil Procedure 1. Moreover, this stay is not sought in furtherance of delay, but to allow the parties to complete the settlement process and avoid bringing any further issues to this Court.

As such, the parties respectfully request that the instant matter is stayed for 90 days, until November 25, 2026. On that date, the parties will file either a stipulation to dismiss the action or a status report outlining the posture of the case with the Court. If the parties complete the settlement process prior to then, the parties will file a joint stipulation to dismiss the case prior to November 25, 2026. Alternatively, if the parties are not able to complete the settlement process, which the parties think is unlikely, either party may file a notice with this Court at any time requesting the

lifting of the stay and the resumption of these proceedings.

**IT IS SO AGREED AND STIPULATED:**

**HOWARD & HOWARD ATTORNEYS PLLC**

/s/ Jonathan W. Fountain
L. Christopher Rose.
Nevada Bar No. 7500
Jonathan W. Fountain
Nevada Bar No. 10351
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com

**O'HARE PANAGIAN LLP**

Robert O'Hare, *admitted pro hac vice*
New York Bar No. 2601359
Veronika Reizin, *admitted pro hac vice*
New York Bar No. 4981163
20 Vesey Street, Room 300
New York, NY 10007-4242
Email: rohare@ohareparnagian.com
Email: vreizin@ohareparnagian.com

*Attorneys for Defendant Event Design Group Ltd*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Christopher M. Humes
Bryce C. Loveland
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
William D. Nobriga
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-2102

*Attorneys for Teamsters Local 631 Joint Trust Funds*

**IT IS SO ORDERED.**

James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: September 1, 2026





BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101